## OPINION OF THE JUSTICES.

The 74th article of the constitution does not authorize the mayor and alder-
men of a city to require the opinions of the justices of the superior court.

<div align="right">July 23, 1877.</div>

JONATHAN SMITH, ESQ., *City Solicitor of Manchester :*

The undersigned have received yours of the 6th inst. requesting
the opinion of the supreme court on the question who has the
power to appoint and remove members of the fire department of
Manchester, and enclosing a copy of a vote of the mayor and alder-
men of Manchester directing the city clerk through you to obtain
our opinion on that subject.

By article 79 of the constitution, and *s.* 8 of *c.* 192 of the Gen.
Sts., and by the principles of universal law, we are forbidden to
give advice in matters that may come before us for decision.   In
article 74, the constitution makes an exception to the general rule ;
but this case does not come within that exception.   We are requir-
ed by the law not to comply with the request set forth in the reso-
lution of the mayor and aldermen.

<div align="right">

C. DOE.

WM. L. FOSTER.

GEO. A. BINGHAM.

W. H. H. ALLEN.